UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

_____X
Leo Winer and Michael J. Pepitone,
               Plaintiffs

Vs.                                   Case No:  2:11-cv-01268-GMN-VCF

Eagle Bullion Group, Inc. Eric Weigand, MD       **ORDER CONFIRMING**
Young Financial Inc., Integrity Capital            **ARBITRATION AWARD**
Holdings Co., Michael D. Young, Terry              (*9 U.S.C. §9*)
Sacka, Sidney Sacka,
               Defendants
_____X

       On February 2, 2014, the Plaintiffs moved pursuant to 9 USC §9, to confirm the award of the arbitrators in this case. The Defendants defaulted on the motion.

       The court has considered the affirmation in support of the motion, and the exhibits attached to the affirmation including the arbitration award. It appears to the satisfaction of the court that the court has jurisdiction over this matter, and that the award of the arbitrator[s] dated August 20, 2013 was properly made and that there is no basis for vacating, modifying, or correcting that award. It also appears to the satisfaction of the court that the arbitration award is intended to be final and binding on the parties, so that this Court has the power to confirm it under the provisions of Section 9 of the Federal Arbitration Act [*9 U.S.C. § 9*]. Therefore,

       IT IS ORDERED THAT JUDGMENT BE ENTERED in conformity to the arbitration award as follows:

1.      Respondent Eagle Bullion Group, Inc. shall pay to Leo Winer the sum of THIRTY FOUR THOUSAND SIX HUNDRED NINETY-TWO DOLLARS AND THIRTY-TWO CENTS ($34,692.32) plus interest on said sum at the Florida statutory rate of interest from August 31, 2010 until paid in full.

2.      Respondent Eagle Bullion Group, Inc. shall pay to Michael J. Pepitone the sum of FORTY EIGHT THOUSAND THREE HUNDRED TWENTY ONE DOLLARS AND TWENTY CENTS ($48,321.20) plus interest on said sum at the Florida statutory rate of interest from August 31, 2010 until paid in full.

3.      Respondent Eagle Bullion Group, Inc. shall pay Leo Winer and Michael J. Pepitone, the sum of TWENTY SEVEN THOUSAND FOUR HUNDRED SEVENTY THREE DOLLARS AND FIFTY-ONE CENTS ($27,473.51) being costs incurred and awarded to them jointly and severally in the underlying arbitration proceeding.

4.      The Clerk will enter this Court's judgment on this award; and

5.  Plaintiffs are awarded costs, and are directed to file a Bill of Costs in accordance with LR 54-1 of the Local Rules of Practice for the United States District Court, District of Nevada.

**IT IS SO ORDERED** this 16th day of July, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court